WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906Com
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2,<br><br>Plaintiff,<br><br>vs.<br><br>3645 JULIA WALDENE ST. TRUST; TEAL PETALS ST. TRUST; AHEY ESTATES HOMEOWNERS ASSOCIATION, INC.; DOE INDIVIDUALS I through X, INCLUSIVE; AND ROE CORPORATIONS XI through XX, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17-cv-01565-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, HSBC BANK USA, N.A. TO FILE RESPONSE TO DEFENDANTS, 3645 JULIA WALDENE ST. TRUST'S AND TEAL PETALS ST. TRUST'S RENEWED MOTION TO DISMISS [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2 ("HSBC"), by and through its attorneys of record, Edgar C. Smith, Esq., and Rock K. Jung, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, 3645 Julia Waldene St. Trust and Teal Petals St. Trust ( (hereinafter "Defendants"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., hereby stipulate and agree that HSBC shall have through **November 13, 2018**, within which to file and serve a response to Defendants Renewed Motion to Dismiss [ECF No. 22].

1  This is the first request for extension from the original due date of October 30, 2018.

2  Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is that the undersigned counsel for HSBC had been ill and needs more time to evaluate and respond to Defendants' Renewed Motion to Dismiss. The parties have entered into the agreement in good faith and not for purposes of delay.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a response to Defendant 3645 Waldene St. Trust and Teal Peals St. Trust's Renewed Motion to Dismiss [ECF No. 22], currently set for October 30, 2018 should be extended to **November 13, 2018**.

DATED this 1ˢᵗ day of November, 2018.    DATED this 1st day of November, 2018.

**WRIGHT, FINLAY & ZAK, LLP**    LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/Rock K. Jung, Esq.    /s/Adam R. Trippiedi, Esq.

EDGAR C. SMITH, ESQ.    MICHAEL F. BOHN, ESQ.
Nevada Bar No. 05506    Nevada Bar No. 1641
E-Mail: esmith@wrightlegal.net    E-Mail: mbohn@bohnlawfirm.com
ROCK K. JUNG, ESQ.    ADAM R. TRIPPIEDI, ESQ..
Nevada Bar No. 10906    Nevada Bar No. 12294
E-Mail: rjung@wrightlegal.net    E-Mail: atrippiedi@bohnlawfirm.com
7785 W. Sahara Ave., Suite 200    2260 Corporate Circle, Suite 480
Las Vegas, Nevada 89117    Henderson, NV 89074
*Attorneys For: Plaintiff, HSBC Bank USA,*    *Attorneys For: Defendants: 3645 Waldene St.*
*National Association, as Trustee for ACE*    *Trust and Teal Petals St. Trust*
*Securities Corp. Home Equity Loan Trust,*
*Series 2006-OP2*
LIPSON NEILSON P.C.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 5, 2018.

2