Robert T. Robbins, Esq.
Nevada Bar No. 6109
rrobbins@robbinslawfirm.legal
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@robbinslawfirm.legal
ROBBINS LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Attorneys for Ahey Estates Homeowners Association, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOMW EQUITY LOAN TRUST, SERIES 2006-OP2,<br><br>Plaintiff,<br>vs.<br><br>3645 JULIA WALDENE ST. TRUST; TEAL PETALS ST. TRUST; AHEY ESTATES HOMEOWNERS ASSOCIATION, INC.; DOE INDIVIDUALS I through X, INCLUSIVE; AND ROE CORPORATIONS XI through XX, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:17-cv-01565-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR AHEY ESTATES HOMEOWNERS ASSOCIATION, INC. TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 31] (FIRST REQUEST)** |

COMES NOW, Defendant, Ahey Estates Homeowners Association, Inc. ("HOA"), by and through its counsel of record, Elizabeth B. Lowell, Esq., of the law firm of Robbins Law Firm, and Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Plaintiff" or "US Bank"), by and through its counsel of record, Robert A. Riether, Esq., and Rock K. Jung, Esq., of the law firm of Wright, Finlay & Zak, LLP, and hereby stipulate as follows:

1

On February 4, 2019, Plaintiff filed its Motion for Summary Judgment (ECF the HOA filed a Motion to Dismiss U.S. Bank's Complaint (ECF No. 31), together with its Request for Judicial Notice ECF No. 32), with a Response due on February 25, 2019.

The parties hereby agree to extend the deadline for the HOA to file and serve their response to Plaintiff's Motion for Summary Judgment from February 25, 2019 to March 11, 2019.

This is the parties' first request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 25th day of February, 2019.

| THE ROBBINS LAW FIRM | **WRIGHT, FINLAY & ZAK, LLP** |
|---|---|
| */s/ Elizabeth B. Lowell, Esq.* | */s/ Rock K. Jung, Esq.* |
| ELIZABETH B. LOWELL, ESQ. | Robert A. Riether, Esq. |
| Nevada Bar No. 8551 | Nevada Bar No. 12076 |
| 1995 Village Center Cir., Suite 190 | Rock K. Jung, Esq. |
| Las Vegas, Nevada 89134 | Nevada Bar No. 10906 |
| Attorneys for *Ahey Estates Homeowners Association, Inc.* | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| | Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 25, 2019.