WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906Com
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2,<br><br>Plaintiff,<br><br>vs.<br><br>3645 JULIA WALDENE ST. TRUST; TEAL PETALS ST. TRUST; AHEY ESTATES HOMEOWNERS ASSOCIATION, INC.; DOE INDIVIDUALS I through X, INCLUSIVE; AND ROE CORPORATIONS XI through XX, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17-cv-01565-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, HSBC BANK USA, N.A. TO FILE RESPONSE TO DEFENDANTS, 3645 JULIA WALDENE ST. TRUST'S AND TEAL PETALS ST. TRUST'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2 ("HSBC"), by and through its attorneys of record, Edgar C. Smith, Esq., and Rock K. Jung, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, 3645 Julia Waldene St. Trust and Teal Petals St. Trust ( (hereinafter "Defendants"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., hereby stipulate and agree that HSBC shall have through **March 18, 2019**, within which to file and serve a response to Defendant's Opposition to Plaintiff's Motion for Summary

Judgment [ECF No. 36]. This is the first request for extension from the original due date of March 11, 2019.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a response to Defendant's Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 36], currently set for March 11, 2019, should be extended to **March 18, 2019**.

DATED this 11th day of March, 2019.   DATED this 11th day of March, 2019.

**WRIGHT, FINLAY & ZAK, LLP**   LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

 /s/ Rock K. Jung, Esq.    /s/ Adam T. Trippiedi , Esq.
EDGAR C. SMITH, ESQ.   MICHAEL F. BOHN, ESQ.
Nevada Bar No. 05506   Nevada Bar No. 1641
E-Mail: esmith@wrightlegal.net   E-Mail: mbohn@bohnlawfirm.com
ROCK K. JUNG, ESQ.   ADAM R. TRIPPIEDI, ESQ..
Nevada Bar No. 10906   Nevada Bar No. 12294
E-Mail: rjung@wrightlegal.net   E-Mail: atrippiedi@bohnlawfirm.com
7785 W. Sahara Ave., Suite 200   2260 Corporate Circle, Suite 480
Las Vegas, Nevada 89117   Henderson, NV 89074
*Attorneys For: Plaintiff, HSBC Bank USA,*   *Attorneys For: Defendants: 3645 Waldene St.*
*National Association, as Trustee for ACE*   *Trust and Teal Petals St. Trust*
*Securities Corp. Home Equity Loan Trust,*
*Series 2006-OP2*
LIPSON NEILSON P.C.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 11, 2019.

2