WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906Com
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2,<br><br>Plaintiff,<br><br>vs.<br><br>3645 JULIA WALDENE ST. TRUST; TEAL PETALS ST. TRUST; AHEY ESTATES HOMEOWNERS ASSOCIATION, INC.; DOE INDIVIDUALS I through X, INCLUSIVE; AND ROE CORPORATIONS XI through XX, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17-cv-01565-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, HSBC BANK USA, N.A. TO FILE RESPONSE TO DEFENDANTS, AHEY ESTATES HOMEOWNERS ASSOCIATION' LIMITED OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2 ("HSBC"), by and through its attorneys of record, Edgar C. Smith, Esq., and Rock K. Jung, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Ahey Estates Homeowners Association ( (hereinafter "Defendant" or "HOA"), by and through its counsel of record, Robert T. Robbins, Esq. and Elizabeth B. Lowell, Esq. of the Law Offices of The Robbins Law Firm, hereby stipulate and agree that HSBC shall have through **March 26, 2019**, within which to file and serve a response to HOA's Limited Opposition to Plaintiff's Motion for

Summary Judgment [ECF No. 37]. This is the first request for extension from the original due date of March 19, 2019.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a response to Defendant's Limited Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 37], currently set for March 19, 2019, should be extended to **March 26, 2019**.

DATED this 18th day of March, 2019.　　　DATED this 18th day of March, 2019.

**WRIGHT, FINLAY & ZAK, LLP**　　　**THE ROBBINS LAW FIRM**

*/s/ Rock K. Jung, Esq.*　　　*/s Elizabeth B. Lowell, Esq.*

EDGAR C. SMITH, ESQ.　　　ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 05506　　　Nevada Bar No. 6109
E-Mail: esmith@wrightlegal.net　　　E-Mail: rrobbins@robbinslawfirm.legal
ROCK K. JUNG, ESQ.　　　ELIZABETH B. LOWELL, ESQ..
Nevada Bar No. 10906　　　Nevada Bar No. 8551
E-Mail: rjung@wrightlegal.net　　　E-Mail: elowell@robbinslawfirm.legal
7785 W. Sahara Ave., Suite 200　　　1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89117　　　Las Vegas, Nevada 89134
*Attorneys For: Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2*　　　*Attorneys For: Defendants: Ahey Estates Homeowners Association*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 20, 2019.